IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL JEROME SMITH,

    Plaintiff,
v.                                                                                        CASE NO. 5:15-cv-147-MP-GRJ

SGT. CAMMANDER, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

    Plaintiff initiated this *pro se*, *in forma pauperis* prisoner civil rights complaint on June 24, 2015.  At the time the Complaint was filed, Plaintiff was confined at Santa Rosa CI.  The Court ordered Plaintiff to pay an initial partial filing fee of $29.73 on or before October 3, 2015.  As of this date, Plaintiff has failed to comply.  Further, a review of the DOC's online inmate locator reflects that Plaintiff was released from Santa Rosa CI to community supervision on September 8, 2015.[1]   Plaintiff has filed to file a notice of change of address with the Court, and the DOC online locator does not reflect a current address.  It therefore appears that Plaintiff has abandoned this case.

    Accordingly, it is respectfully **RECOMMENDED** that this case should be dismissed without prejudice for failure to prosecute.

    **IN CHAMBERS,** at Gainesville, Florida, this 5th day of October 2015.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] http://www.dc.state.fl.us/InmateReleases/detail.asp?Bookmark=1&From=list&SessionID=476451169

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**